UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Robert Floyd Phillips,

        Plaintiff,

vs.

Commissioner Joan Fabian, Warden
David Crist and Triad Chemical
Dependency Program,

        Defendants.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Civ. No. 05-2450 (MJD/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1.    That the Plaintiff's Complaint [Docket No. 1] is dismissed, but without prejudice, for failure to comply with this Court's Order dated October 24, 2005, and for failure to prosecute.

2.    That the Plaintiff's Application to proceed in forma pauperis [Docket No. 2] is denied, as moot.


Dated: March 16, 2006                              s / Michael J. Davis
                                                                   Michael J. Davis, Judge
                                                                   United States District Court